

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-13-00155-CV

**IN THE INTEREST OF N.M.D.**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-03144
Honorable H. Paul Canales, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice

Delivered and Filed:  April 24, 2013

DISMISSED FOR WANT OF JURISDICTION

On February 19, 2013, the associate judge signed an "Order Authorizing Placement of Child(ren)." On February 28, 2013, Teresa Morales filed in the trial court a "Petition in Intervention for Conservatorship and Adoption." On that same date, Ms. Salinas also filed in the trial court a "Notice of Appeal to the Presiding Judge" in which she requests a *de novo* hearing before the referring district court. Ms. Salinas did not file a notice of appeal in this court. However, the Bexar County District Clerk incorrectly assumed the "Notice of Appeal to the Presiding Judge" constituted an appeal of a final judgment to this court and forwarded the notice of appeal to this court.

Because it did not appear that Ms. Salinas intended to appeal any trial court ruling to this court, on March 19, 2013, we ordered Ms. Salinas to either file a written response explaining

why this court has jurisdiction over this appeal or (2) a motion to dismiss this appeal. Our order informed Ms. Salinas that if she did not respond in writing by April 8, 2013, this appeal would be dismissed. Ms. Salinas has not responded; therefore, this appeal is dismissed for want of jurisdiction.

PER CURIAM